OPINION — AG — ** BEER — LICENSE — FREE FAIR ** (1) MEMBERS OF BOARD OF DIRECTORS OF A COUNTY FREE FAIR ASSOCIATION ESTABLISHED UNDER THE PROVISIONS OF 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M) OR 2 O.S. 131.1 [2-131.1], 2 O.S. 131.18 [2-131.18] [2-131.18] ARE OFFICERS OF THE COUNTY AND AS SUCH ARE SUBJECT TO THE PROHIBITIONS OF CONTAINED IN 21 O.S. 481 [21-481] [21-481] (NEPOTISM) AGAINST EMPLOYMENT OR APPOINTMENT OF PERSONS RELATED TO SUCH OFFICERS WITHIN THE THIRD DEGREE BY AFFINITY OR CONSANGUINITY. (2) AS TO WHETHER OR NOT IT WOULD BE A VIOLATION OF SAID STATUTES TO EMPLOY A RELATIVE (WITHIN THE THIRD DEGREE) OF SUCH A MEMBER OF SAID BOARD OF DIRECTORS TO BE A PARTICULAR JOB OR PIECE OF WORK, WE CAN EXPRESS NO OPINION THEREON IN THE ABSENCE OF FACTS THE EXACT NATURE OF SAID JOB OR PIECE OF WORK. (NEPOTISM, BEER LICENSE, HOTEL, FREE FAIR BOARD, GUESTS, LODGING) CITE: 2 O.S. 104 [2-104](A), 2 O.S. 131.1 [2-131.1], 21 O.S. 481 [21-481], 37 O.S. 212 [37-212], 37 O.S. 216 [37-216], OPINION NO. DECEMBER 17, 1945, OPINION NO. OCTOBER 28, 1952 — RHOADS, OPINION NO. SEPTEMBER 6, 1933 — UPDEGRAFF (RICHARD M. HUFF)